OMAR FIGUEROA, SBN 196650
506 Broadway
San Francisco, CA 94133
Telephone: 415/986-5591
Facsimile: 415/421-1331

Attorney for Defendant
JOHNNY M. SETO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 06-70641 EDL |
| v. | STIPULATION AND ORDER TERMININATING DEFENDANT'S <u>PRETRIAL RELEASE SUPERVISION</u> |
| JOHNNY M. SETO, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE AND AGREE that defendant JOHNNY M. SETO's pretrial release conditions shall be modified as follows: Defendant will no longer be supervised by Pretrial Services, and all travel restrictions are hereby lifted. All other release conditions remain in effect.

Pretrial Services Officer Paul Mamaril advises that he has no objection to this request.

Dated: February 1, 2008

  /s/ THOMAS MAZZUCCO                       /s/ OMAR FIGUEROA
THOMAS MAZZUCCO                           OMAR FIGUEROA
Assistant U.S. Attorney                   Attorney for Defendant

**IT IS SO ORDERED.**

Dated: February 4, 2008

_____
Magistrate Judge
United States District Court

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331